UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEAN R. MILLER,

                            Plaintiff,

                                                                                  No. 9:13-CV-1405
                                                                                   (DNH/ATB)

            -v-

MICHELLE WINCHELLE, Registered Nurse,
Washington County Jail / Hudson Headwaters
Health Center; and WADE H. RODENMAYER,
RPA-C ECC, Glens Falls Hospital Emergency
Room,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

SEAN R. MILLER
Plaintiff Pro Se
26 McDonalds Street
Apt B
Glens Falls, NY 12801

FITZGERALD MORRIS BAKER FIRTH, P.C.        JOHN D. ASPLAND, ESQ.
Attorneys for Defendant Winchelle                    WILLIAM A. SCOTT, ESQ.
16 Pearl Street
P.O. Box 2017
Glens Falls, NY 12801

MCPHILLIPS, FITZGERALD & CULLUM, L.L.P.     JAMES E. CULLUM, ESQ.
Attorneys for Defendant Rodenmayer
288 Glen Street
P.O. Box 299
Glens Falls, NY 12801

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Sean R. Miller brought this civil rights action pursuant to 42 U.S.C. § 1983. On December 18, 2014, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendant Winchelle's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) be denied. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant Michelle Winchelle's motion to dismiss is DENIED;

2. Defendant Michelle Winchelle or her counsel is directed to file an answer to the complaint on or before January 26, 2015; and

3. The Clerk serve a copy of this Decision and Order on plaintiff.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 14, 2015
       Utica, New York.