UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEAN R. MILLER,

                        Plaintiff,

                                                               No. 9:13-CV-1405
                                                                (DNH/ATB)

       -v-

MICHELLE WINCHELLE, Registered Nurse,
Washington County Jail / Hudson Headwaters
Health Center; WADE H. RODENMAYER, RPA-C
ECC, Glens Falls Hospital Emergency Room;
and GLENS FALLS HOSPITAL,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                       OF COUNSEL:

SEAN R. MILLER
Plaintiff, Pro Se
26 McDonalds Street
Apt B
Glens Falls, NY 12801

FITZGERALD MORRIS BAKER FIRTH, P.C.      JOHN D. ASPLAND, ESQ.
Attorneys for Defendant Winchelle              WILLIAM A. SCOTT, ESQ.
16 Pearl Street
P.O. Box 2017
Glens Falls, NY 12801

MCPHILLIPS, FITZGERALD & CULLUM, L.L.P.    JAMES E. CULLUM, ESQ.
Attorneys for Defendants Rodenmayer and       COURTNEY M. HASKINS, ESQ.
   Glens Falls Hospital
288 Glen Street
P.O. Box 299
Glens Falls, NY 12801

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff Sean R. Miller brought this civil rights action pursuant to 42 U.S.C. § 1983. On January 27, 2015, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendant Rodenmayer's converted motion for summary judgment be granted and that plaintiff's claims against him be dismissed. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant Wade H. Rodenmayer's converted motion for summary judgment is GRANTED;

2. Defendant Wade H. Rodenmayer is DISMISSED from this action; and

3. The Clerk serve a copy of this Decision and Order on plaintiff.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 26, 2015
      Utica, New York.