UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SEAN R. MILLER,

                Plaintiff,

  -v-                                             9:13-CV-1405
                                                    (DNH/ATB)

MICHELLE WINCHELLE;

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:                                  OF COUNSEL:

SEAN R. MILLER
Plaintiff, *Pro Se*
P.O. Box 50
Hartford, New York 12838

FITZGERALD, MORRIS LAW FIRM        JOHN D. ASPLAND, ESQ.
Attorneys for Defendant
16 Pearl Street
P.O. Box 2017
Glens Falls, New York 12801

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      *Pro se* plaintiff Sean Miller brought this civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2017, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b) (ECF No. 99) be granted. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

(1) Defendant's motion to dismiss for failure to prosecute and to abide by orders of the Court pursuant to Federal Rule of Civil Procedure 41(b) (ECF No. 99) is **GRANTED**;

(2) The Complaint is **DISMISSED IN ITS ENTIRETY**; and

(3) The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

United States District Judge

Dated: March 31, 2017
       Utica, New York